IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CONCINNITAS, LLC, AND GEORGE W. HINDMAN**<br><br>**Plaintiffs,**<br><br>v.<br><br>**SIERRA WIRELESS SA.,** *et al.*,<br><br>**Defendants.** | **CIVIL ACTION NO. 2:12-CV-823 LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL

Before the Court is Plaintiffs George W. Hindman and Concinnitas, LLC (collectively "Plaintiffs") and Defendants Samsung Electronics America, Inc. and Samsung Telecommunications America LLC (collectively "Samsung"), Stipulated Motion for Dismissal.

The Court, having considered the Parties' Motion, finds that the motion should be GRANTED

• IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims in this action are dismissed with prejudice and Samsung's counterclaims in this action are dismissed without prejudice subject to the terms of that certain agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT" dated June 17, 2014.

• IT IS FURTHER ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 2nd day of July, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE